IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Gazi Mohammed Ishtiaq, | ) | |
| | ) | Case: 1:25−cv−04573 |
| Plaintiff, | ) | Assigned To : Kelly, Timothy J. |
| | ) | Assign. Date : 12/16/2025 |
| v. | ) Civil Action No. | Description: Pro Se Gen. Civ. (F−DECK) |
| | ) | |
| Marco Rubio, in his official capacity as | ) | |
| United States Secretary of State, | ) | |
| | ) | |
| Consular Chief (or Consul General), | ) | |
| U.S. Embassy Dhaka, Bangladesh, | ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT FOR WRIT OF MANDAMUS AND INJUNCTIVE RELIEF**

**I. INTRODUCTION**

1. This is an action under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 555(b), 706(1), and the Mandamus Act, 28 U.S.C. § 1361, to compel Defendants—officials of the United States government—to perform their nondiscretionary duties in the processing of Plaintiff's immigrant visa case.

2. Plaintiff Gazi Mohammed Ishtiaq is the principal beneficiary of an approved Form I-130, filed by his U.S. citizen sister, Gazi Umme Kulsum, on September 4, 2007 under the F4 family preference category. Plaintiff's spouse and children are derivative beneficiaries under the same petition. Plaintiff's NVC case number is DHK2010581035.

3. Plaintiff's immigrant visa case was deemed Documentarily Qualified ("DQ") by the National Visa Center on April 5, 2022, and again on August 4, 2022 after updating derivative information. Despite being DQ for over 40 months (more than three years and four months), Plaintiff has not been scheduled for an interview at the U.S. Embassy in Dhaka.

4. Since becoming documentarily qualified, Plaintiff has received repeated notifications from the National Visa Center stating that all required documents have been accepted and that the case is waiting for an interview appointment. Despite these repeated notifications, no interview has been scheduled.

1



RECEIVED
DEC 16 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

5. Defendants' failure to take action on Plaintiff's case and move it forward for more than three years and four months constitutes an unreasonable and unlawful delay in violation of the APA and their nondiscretionary obligations and warrants mandamus relief.

6. Plaintiff respectfully requests that this Court compel Defendants to promptly take action on his case and move the case forward within a reasonable time as the Court deems just and proper.

## II. JURISDICTION AND VENUE

7. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 because it arises under the laws of the United States, including the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 555(b), 706(1), and the Mandamus Act, 28 U.S.C. § 1361.

8. Venue is proper in the District of Columbia under 28 U.S.C. § 1391(e) because Defendants are officers of the United States acting in their official capacities, and a substantial part of the relevant events and omissions occurred within this district. The Department of State is headquartered in this district.

## III. PARTIES

9. Plaintiff, Gazi Mohammed Ishtiaq, is a citizen of Bangladesh and the principal beneficiary of an approved Form I-130 petition filed under the F4 family preference category by his U.S. citizen sister, Gazi Umme Kulsum. Plaintiff resides at 137-138 New Paltan Line, Azimpur, Dhaka-1205, Bangladesh. NVC Case Number: DHK2010581035.

10. Defendant, Marco Rubio, in his official capacity as Secretary of State, responsible for administration of immigrant visa processing and consular affairs. Address: U.S. Department of State, 2201 C Street NW, Washington, D.C. 20520.

11. Defendant, Consular Chief (or Consul General), in his official capacity at the U.S. Embassy in Dhaka, Bangladesh, responsible for scheduling immigrant visa interviews and adjudicating consular cases. Address: U.S. Embassy Dhaka, Madani Avenue, Baridhara, Dhaka 1212, Bangladesh.

## IV. FACTUAL BACKGROUND / TIMELINE

12. Plaintiff Gazi Mohammed Ishtiaq is the principal beneficiary of an approved Form I-130 petition filed by his U.S. citizen sister, Gazi Umme Kulsum, on September 4, 2007 under the F4 family preference category. Plaintiff's immigrant visa case is assigned NVC Case Number: DHK2010581035

13. Plaintiff's spouse and children are derivative beneficiaries under the same petition. They are all intended to immigrate together and are affected by Defendants' delay in scheduling the immigrant visa interview.

14. Plaintiff's immigrant visa case was deemed Documentarily Qualified ("DQ") by the National Visa Center on April 5, 2022, and again on August 4, 2022, after updating information for the derivative beneficiaries.

15. Despite being DQ for over 40 months (more than three years and four months), Plaintiff has not been scheduled for an immigrant visa interview at the U.S. Embassy in Dhaka.

16. Since the priority date became current, Plaintiff has received repeated notifications from the National Visa Center confirming that all required fees, forms, and documents have been received, and that his case is waiting for an interview appointment. The notices explain that NVC cannot predict when an interview will be scheduled and that if an appointment is not scheduled within the next 60 days, NVC will send a notice confirming that the case remains in line for an interview. Despite these communications, no interview has been scheduled, leaving Plaintiff and his derivative beneficiaries in prolonged uncertainty.

17. Plaintiff submitted a formal request to expedite his immigrant visa case due to prolonged delay.

18. The expedite request was denied, leaving Plaintiff and his derivative beneficiaries in a prolonged state of uncertainty without any indication of when an interview may be scheduled.

19. Plaintiff submitted a second expedite request, which was met with a standard notification response from the National Visa Center confirming only that the case remains in line for interview scheduling. No substantive action or timeline was provided.

20. Taken together, Defendants' failure to take action on Plaintiff's case for over three years and four months constitutes an unreasonable delay under the APA and warrants mandamus relief, causing substantial, ongoing and irreparable harm to Plaintiff and his family.

## V. CAUSES OF ACTION

### Count I – Violation of the Administrative Procedure Act (APA)

21. Plaintiff realleges and incorporates by reference the foregoing paragraphs as if fully set forth herein.

22. Under the Administrative Procedure Act, 5 U.S.C. §§ 555(b) and 706(1), agencies are required to conclude matters presented to them within a reasonable time.

23. Defendants have failed to act on Plaintiff's immigrant visa application despite the case being documentarily complete since April 5, 2022, and again on August 4, 2022, constituting unreasonable delay under 5 U.S.C. § 706(1).

24. Plaintiff has submitted multiple expedite requests, which were denied or met only with standard notifications confirming that the case remains in line for interview scheduling, without any interview being scheduled.

25. Defendants' actions, and failures to act, constitute unlawful delay under the APA, causing substantial and ongoing harm to Plaintiff and his family.

26. Plaintiff is entitled to relief under the APA, including an order compelling Defendants to take action on his immigrant visa case and to conclude the matter within a reasonable time in accordance with the law.

**Count II – Mandamus Relief under 28 U.S.C. § 1361**

27. Plaintiff realleges and incorporates by reference the foregoing paragraphs as if fully set forth herein.

28. Under 28 U.S.C. § 1361, the Court has the authority to issue a writ of mandamus to compel a government officer or agency to perform a clear, nondiscretionary duty.

29. Defendants have a duty to act on Plaintiff's immigrant visa application and to move case forward once it is deemed documentarily complete.

30. Defendants' failure to act for over 40 months constitutes an unreasonable delay in performing their nondiscretionary duty.

31. Plaintiff has no other adequate remedy at law to compel Defendants to act.

32. Plaintiff is therefore entitled to a writ of mandamus compelling Defendants to act on his case within a reasonable time as determined by the Court.

**VI. PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and grant the following relief with respect to his NVC Case Number DHK2010581035:

A. Issue a writ of mandamus compelling Defendants to take action on Plaintiff's immigrant visa case and to move the case forward toward scheduling of an interview for Plaintiff and his derivative beneficiaries, within a reasonable time to be set by the Court;

B. Declare that Defendants' failure to act on Plaintiff's immigrant visa application constitutes agency action unlawfully withheld or unreasonably delayed for over 40 months under the Administrative Procedure Act, 5 U.S.C. §§ 555(b) and 706(1);

C. Award any other relief that the Court deems just and proper to ensure Defendants act on the case in accordance with the law; and

D. Grant such further relief as the Court may deem equitable and appropriate.

**VII. SIGNATURE BLOCK**

Respectfully submitted,

*Gazi M. Ishtiaq*

Gazi Mohammed Ishtiaq
137-138 New Paltan Line
Azimpur, Dhaka-1205
Bangladesh
Email: gazi.ishty@gmail.com
Phone: +880-1634757575
Date: December 16, 2025

Pro Se Plaintiff

**EXHIBITS:**
Exhibit A – NVC Documentarily Qualified Notices (April 5, 2022 and August 4, 2022)
Exhibit B – Current Visa Bulletin (showing Plaintiff's priority date is current)
Exhibit C – Plaintiff's First Expedite Request and NVC Denial
Exhibit D – Plaintiff's Second Expedite Request and NVC Denial/Generic Reply
Exhibit E – Representative NVC 60-Day Notification Emails

# EXHIBIT A

**NVC Documentarily Qualified Notices (April 5, 2022 and August 4, 2022)**

Documentarily Qualified Notice dated April 5, 2022.



Documentarily Qualified Notice dated August 4, 2022.



**EXHIBIT B**

**Current Visa Bulletin (showing Plaintiff's priority date is current)**

Plaintiff's priority date of September 4, 2007 is earlier than the Final Action Date of January 8, 2008 for the F4 visa category.

### A. FINAL ACTION DATES FOR FAMILY-SPONSORED PREFERENCE CASES

On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are authorized for issuance to all qualified applicants; and "U" means unauthorized, i.e., numbers are not authorized for issuance. (NOTE: Numbers are authorized for issuance only for applicants whose priority date is **earlier** than the final action date listed below.)

| Family-Sponsored | All Chargeability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| F1 | 08NOV16 | 08NOV16 | 08NOV16 | 01MAR06 | 22JAN13 |
| F2A | 01FEB24 | 01FEB24 | 01FEB24 | 01FEB23 | 01FEB24 |
| F2B | 01DEC16 | 01DEC16 | 01DEC16 | 15MAY08 | 08OCT12 |
| F3 | 08SEP11 | 08SEP11 | 08SEP11 | 01MAY01 | 01NOV04 |
| F4 | 08JAN08 | 08JAN08 | 01NOV06 | 08APR01 | 15JUL06 |

# EXHIBIT C

## Plaintiff's First Expedite Request and NVC Denial

12/13/25, 6:35 PM — Gmail - Ask NVC - Inquiry Form - DHK2010581035



Gazi Ishtiaq <gazi.ishty@gmail.com>

### Ask NVC - Inquiry Form - DHK2010581035
3 messages

**TSGSystem@tsg.state.gov** <TSGSystem@tsg.state.gov>  Wed, Nov 26, 2025 at 3:47 PM
Reply-To: gazi.ishty@gmail.com
To: asknvc@state.gov

Please do not reply to this email. NVC will answer your inquiry in the order in which it was received. Consult https://nvc.state.gov/timeframes to find out when you can expect a response. We will not respond substantively to mail sent directly to this address. Follow-up inquiries may be made at https://nvc.state.gov/inquiry.

Please retain this email as a record of your contact with NVC.

**Case Number:**
DHK2010581035

**Principal Name:**
GAZI MOHAMMED ISHTIAQ

**Date of Birth:**
21/April/1996

**Petitioner Name:**
GAZI UMME KULSUM

**Inquirer:**
Principal Applicant

**Attorney of Record Name:**
N/A

**Attorney Additional Information:**
N/A

**Inquirer Name:**
N/A

**Inquirer Email:**
gazi.ishty@gmail.com

**Your Question(s):**
Dear Sir/Madam, I respectfully request an expedite review of my immigrant visa case due to significant humanitarian and family hardship affecting my minor children and our family stability. I was previously a lawful permanent resident of the United States, and the U.S. had truly become my home. I lived there for several years and built my long-term plans and future around continuing my life in America. Unfortunately, after my father passed away, I had to urgently return to Bangladesh to care for my mother during a very difficult period. Due to the emotional and family crisis, I was unable to return to the United States at that time. My situation has now become even more challenging. My sibling already immigrated to the United States in July 2024, and since then my wife and young children have been struggling without family support. My children are now reaching school age, and it is extremely important for their future stability and well-being that they begin their education in the United States, where I had always planned to raise them. The lack of a supportive environment and the emotional stress of separation from their close aunt have been very difficult for them. Additionally, I completed my college degree from the University of Maine at Presque Isle through their online program and have been waiting for my immigrant visa to start my professional career in the United States. I am currently unable to establish a stable career or provide long-term security for my family due to our immigration status being in limbo. The continued delay is causing severe emotional and financial hardship. Given the combined factors of my children's welfare, the absence of family support, our inability to maintain stability in Bangladesh, and my strong and long-standing ties to the United States, I respectfully request an expedited interview appointment on humanitarian grounds. I sincerely ask for your kind consideration. Thank you very much. Respectfully, Gazi Mohammed Ishtiaq
Case Number: DHK2010581035

---

**AskNVC** <asknvc@state.gov>  Sun, Nov 30, 2025 at 12:56 AM
To: GAZI ISHTIAQ <gazi.ishty@gmail.com>

https://mail.google.com/mail/u/0/?ik=a95709d886&view=pt&search=all&permthid=thread-f:1849845844466382182&simpl=msg-f:1849845844466382182&si...    1/3

12/13/25, 6:35 PM       Gmail - Ask NVC - Inquiry Form - DHK2010581035

Greetings,

The correspondence submitted is currently under review. An appropriate action will be taken once this review is completed.

This case is documentarily complete, which means the NVC has all the documents we requested. Your immigrant visa case is waiting for an interview appointment, where a consular officer will adjudicate it.

The U.S. Embassy or Consulate provides the National Visa Center (NVC) with a list of available appointment dates and times. We will schedule your case for an interview appointment when an appointment date is available. We schedule appointments on a first in, first out basis. After we schedule your appointment, we will forward your case to the U.S. Embassy or Consulate General in DHAKA.

We cannot predict how long it will take to schedule your appointment, but we will notify the applicant, the petitioner, and your attorney (if applicable) when an appointment is scheduled. Your case will stay at NVC until that time.

You can check current scheduling dates at: https://travel.state.gov/iv-scheduling-status-tool

For the most up-to-date information about the operating status of the U.S. Embassy or Consulate, please visit their website at https://usembassy.gov.

Information about preparing for interview appointments is available at these websites:

https://nvc.state.gov/prep
https://nvc.state.gov/prep/espanol

Important: Do not make travel arrangements, sell property, or give up employment.

**ISAB**
Customer Service Representative I
U.S. Department of State
Bureau of Consular Affairs
National Visa Center
LDRM

 U.S. DEPARTMENT of STATE

**IMPORTANT: Please do not respond to this email. For further communication with the NVC, please use the Public Inquiry Form on** https://nvc.state.gov/inquiry.

[Quoted text hidden]

---

**NVCExpedite** <NVCExpedite@state.gov>       Tue, Dec 2, 2025 at 1:35 AM
To: "gazi.ishty@gmail.com" <gazi.ishty@gmail.com>

Greetings,

10

12/13/25, 6:35 PM  Gmail - Ask NVC - Inquiry Form - DHK2010581035

The Department of State has reviewed your request. However, we cannot expedite this case. This case is documentarily complete. That means the National Visa Center has all the required documents. Your immigrant visa case is now waiting for an interview appointment.

The U.S. Embassy or Consulate provides the NVC with a list of available appointment dates and times. We schedule appointments on a first-in first-out basis. After your appointment is scheduled, we will forward your case to the U.S. Embassy or Consulate General.

We cannot predict how long it will take to schedule your appointment, but we will notify the applicant, petitioner, and your attorney (if applicable) when it is scheduled.

You can check current scheduling dates at: https://travel.state.gov/iv-scheduling-status-tool.

For the most up-to-date information about the U.S. Embassy or Consulate General's operating status, please visit their website at https://usembassy.gov.

Information about preparing for interview appointments is available at these websites:
https://nvc.state.gov/prep
https://nvc.state.gov/prep/espanol

Important: Do not make travel arrangements, sell property, or give up employment.

**Sienna**
Customer Service Representative I

U.S. Department of State

Bureau of Consular Affairs

National Visa Center

LDRM

NVCExpedite@state.gov


U.S. DEPARTMENT of STATE

**From:** AskNVC <asknvc@state.gov>
**Sent:** Saturday, November 29, 2025 1:54 PM
**To:** NVCExpedite <NVCExpedite@state.gov>
**Subject:** FW: [External] Ask NVC - Inquiry Form - DHK2010581035

-------------------- Original Message --------------------
**From:** GAZI ISHTIAQ <gazi.ishty@gmail.com>;
**Received:** Wed Nov 26 2025 04:47:56 GMT-0500 (Eastern Standard Time)
**To:** AskNVC <asknvc@state.gov>; PICS AskNVC <asknvc@state.gov>;
**Subject:** [External] Ask NVC - Inquiry Form - DHK2010581035

[Quoted text hidden]

**EXHIBIT D**

**Plaintiff's Second Expedite Request and NVC Denial/Generic Reply**



The U.S. Embassy or Consulate provides the National Visa Center (NVC) with a list of available appointment dates and times. We will schedule your case for an interview appointment when an appointment date is available. We schedule appointments on a first in, first out basis. After we schedule your appointment, we will forward your case to the U.S. Embassy or Consulate General in DHAKA.

We cannot predict how long it will take to schedule your appointment, but we will notify the applicant, the petitioner, and your attorney (if applicable) when an appointment is scheduled. Your case will stay at NVC until that time.

You can check current scheduling dates at: https://travel.state.gov/iv-scheduling-status-tool

For the most up-to-date information about the operating status of the U.S. Embassy or Consulate, please visit their website at https://usembassy.gov.

Information about preparing for interview appointments is available at these websites:

https://nvc.state.gov/prep
https://nvc.state.gov/prep/espanol

Important: Do not make travel arrangements, sell property, or give up employment.

**Zahra**
Customer Service Representative I
U.S. Department of State
Bureau of Consular Affairs
National Visa Center
LDRM

 U.S. DEPARTMENT of STATE

**IMPORTANT: Please do not respond to this email. For further communication with the NVC, please use the Public Inquiry Form on** https://nvc.state.gov/inquiry.

[Quoted text hidden]

**EXHIBIT E**

**Representative NVC 60-Day Notification Emails**

Plaintiff has received substantially identical notifications from the National Visa Center approximately every 60 days confirming that the case remains documentarily qualified and awaiting interview scheduling. The emails below are representative examples.



12/13/25, 7:51 PM                                              Gmail - DHK2010581035: Case Status Update from NVC

 Gmail                                                              Gazi Ishtiaq <gazi.ishty@gmail.com>

## DHK2010581035: Case Status Update from NVC
1 message

NVC-do-not-reply@state.gov <NVC-do-not-reply@state.gov>                    Thu, Dec 11, 2025 at 10:01 PM
To: GAZI.ISHTY@gmail.com, DIPAAHMAD@hotmail.com

11-Dec-2025

Dear Gazi Mohammed Ishtiaq,

This notice is to inform you that your case for an immigrant visa is documentarily complete at the National Visa Center (NVC) and has been since 04-Aug-2022.
 - This means that NVC received all of the fees, forms and documents required before an immigrant visa interview. Your petition is waiting for an interview appointment. Thank you for your patience.

Your case will remain at NVC until an appointment is scheduled. Then, we will send it to the proper U.S. embassy or Consulate General.
 - We will notify the applicant, petitioner, and attorney (if you have one) when the appointment is scheduled.

The U.S. embassy or consulate tells NVC the dates they hold interviews. NVC fills these appointments on a first-in, first-out basis. We cannot predict when your interview will be scheduled.
 - For the most up-to-date information about the U.S. embassy or consulate's operating status, please visit their website at https://usembassy.gov.

Please Note: You should review the validity of all required police certificates you submitted to NVC.

Applicants must get a new police certificate if:
 - They turned 16 years old since their case became documentarily complete, or
 - They previously submitted a police certificate, but it has expired or will expire before their interview appointment.
 - If you need new police certificates, submit them to your Consular Electronic Application Center (CEAC) account at https://ceac.state.gov/iv.
 - Police certificates are valid for two years from the date of issuance.
 - Uploading new documents to CEAC will not make you wait longer for your immigrant visa appointment to be scheduled.

You must bring original police certificates to your interview appointment.

The next communication you receive from NVC will be either a notice that your appointment is scheduled, or if an appointment is not scheduled within the next 60 days, we will send a notice stating that your case is still in line for an interview.

If you are no longer interested in pursuing your immigrant visa application, please tell NVC your plans by completing the Public Inquiry Form at https://nvc.state.gov/inquiry. In the Type your Question Below text box, please indicate ONE of the following:
1. No. I do not want to pursue my immigrant visa application because I have adjusted status. (Please attach a copy of both sides of your alien registration card.)

2. No. I do not want to pursue my immigrant visa application because I have received an immigrant visa through another petition and I am now a permanent resident. (Please attach a copy of both sides of your alien registration card.)

3. No. I do not want to pursue my immigrant visa application because I am no longer interested in immigrating to the United States.
 - (Please attach a statement in writing telling NVC to withdraw your petition.
 - An authorized representative (the petitioner or attorney of record) must sign it.
 - If an attorney or accredited representative submits the request, but a signed Form G-28, Notice of Entry of Appearance as Attorney or Representative was not filed; they must submit one with the written statement.)

4. No, I do not wish to pursue my immigrant visa for a different reason. (Please provide an explanation.)
Important: Do not make any permanent financial commitments until you receive your immigrant visa. This includes activities such as
 - Selling a house, car or property,

https://mail.google.com/mail/u/0/?ik=a95709d886&view=pt&search=all&permthid=thread-f:1851247203533053693&simpl=msg-f:1851247203533053693    1/2

---

12/13/25, 7:51 PM                                              Gmail - DHK2010581035: Case Status Update from NVC
 - Resigning from a job, or;
 - Making other travel arrangements.

Thank you for your continued patience.

Regards,

National Visa Center
U.S. Department of State
https://nvc.state.gov

NVC Case Number: DHK2010581035

**NOTE: Please do not reply to this email. This is not a monitored account. If you have questions or need to get in touch with NVC, please follow the instructions at http://nvc.state.gov/ask to call or email us.**

15